***NOT FOR PUBLICATION***

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| KENNETH W. JEANSONNE,<br>　　　Appellant | CIVIL ACTION<br>NO. CV07-1329-A |
| VERSUS | |
| MICHAEL J. ASTRUE, COMMISSIONER<br>OF SOCIAL SECURITY,<br>　　　Appellee | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the final decision of the Commissioner is REVERSED AND VACATED and Jeansonne's case is REMANDED to the Commissioner for further proceedings.

THUS ORDERED AND SIGNED in Chambers at ALEXANDRIA, Louisiana, on this 13th day of May, 2008.

　　　　　　　　　　　　　　　　　　DEE D. DRELL
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE